UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>AMAR MODI,<br><br>        Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Case No.: 5:09-cv-00478-GTS-GJD |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs CAPITOL RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

**LECLAIR KORONA GIORDANO COLE LLP**
Attorneys for Plaintiffs

Dated: July 20, 2009

By: s/Steven E. Cole
Steven E. Cole, Esq.
Bar No. 301499
Attorneys for Plaintiffs
150 State Street, Suite 300
Rochester, New York 14614-1353
Telephone: (585) 327-4100
Fax: (585) 327-4200
E-mail: scole@leclairkorona.com

7/21/09
SO ORDERED
*[signature]*
U.S.M.J.

1